**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KENNETH WAYNE CLAY,

      Petitioner,

    v.

JACOB BEASLEY,

      Respondent.

CIVIL ACTION NO.: 4:26-cv-96

**O R D E R**

Before the Court is the Magistrate Judge's May 8, 2026 Report and Recommendation, (doc. 8), to which no objections have been filed.   After a careful <u>de novo</u> review, the Court agrees with the Magistrate Judge's recommendations.   The Report and Recommendation is, therefore, **ADOPTED**.   (Doc. 8.)   Clay's Petition, as amended, is **DISMISSED without prejudice**. (Docs. 1 & 6.)   Applying the Certificate of Appealability (COA) standards, which are set forth in <u>Brown v. United States</u>, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); <u>see</u> <u>Alexander v. Johnson</u>, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal).   And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith.   Thus, *in forma pauperis* status on appeal is likewise **DENIED**.   28 U.S.C. § 1915(a)(3).   The Clerk is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 10th day of July, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA